IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**RICKEY THOMAS MILLER**                                                                            **PLAINTIFF**

**VS.**                                                            **CIVIL ACTION NO. 1:17-cv-00001-DAS**

**COMMISSIONER OF SOCIAL SECURITY**                                        **DEFENDANT**

## FINAL JUDGMENT

This cause is before the court on the plaintiff's complaint for judicial review of an unfavorable final decision of the Commissioner of the Social Security Administration regarding his application for disability benefits. The parties have consented to entry of final judgment by the United States Magistrate Judge under the provisions of 28 U.S.C. § 636(c), with any appeal to the Court of Appeals for the Fifth Circuit. The court, having reviewed the record, the administrative transcript, the briefs of the parties, and the applicable law and having heard oral argument, finds as follows, to-wit:

For the reasons announced in the Memorandum Opinion of this date, the court finds that the decision of the Commissioner of Social Security is supported by substantial evidence and no prejudicial error can be found, and the same is hereby affirmed.

SO ORDERED AND ADJUDGED, this the 3rd day of October, 2017.

                                                                                     /s/ David A. Sanders
                                                                                     UNITED STATES MAGISTRATE JUDGE